UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONY CHANEY

VERSUS

RACES AND ACES, ET AL.

CIVIL ACTION

NO. 11-399-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 7, 2012 (doc. no. 85) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the motion to vacate order granting motion to dismiss (doc. no. 81) is GRANTED. Further, the court declines to exercise supplemental jurisdiction over plaintiff's state law claims against Races and Aces/The Old Evangeline Downs, L.L.C., Scherell Brown, and Vanassa Johnson and pursuant to 28 U.S.C. §1915(e), plaintiff's claims against Race and Aces/The Old Evangeline Down, L.L.C., Scherell Brown, and Vanassa Johnson is DISMISSED as frivolous.

Baton Rouge, Louisiana, this 6th day of August, 2012.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA